John E. Haapala
OSB No. 061739
401 E. 10th Ave., Ste. 240
Eugene, OR 97401
Ph. 541-345-8474
Fax 541-345-3237
jeh@haapalaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| LEONILA R. AZPEITIA-ARELLANO, Plaintiff, vs. COMMISSIONER, Social Security Administration, Defendant. | Case No. 6:18-CV-00968-AA <br><br> ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
|---|---|

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $ 5,745.60 awarded to Plaintiff. Defendant shall mail the check to Plaintiff's attorney office as follows: John E. Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401. If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala. There are no costs or expenses to be paid herein.

Dated this 17th of December, 2019.

_____
United States District Judge

Submitted by:
John E. Haapala
Attorney for Plaintiff

1 – ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT