IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

LEONILA A.-A.,[1]

    Plaintiff,

vs.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Case No. 6:18-cv-00968-AA
**ORDER**

AIKEN, District Judge:

It is hereby ORDERED that attorneys' fees in the amount of $17,257.00 are awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The Commissioner of Social Security does not object. The Court has reviewed the proceedings and the amount of fees sought pursuant to *Gisbrecht v. Barnhardt*, 535 U.S. 789, 807-08 (2002), and the factors identified in *Crawford v. Astrue*, 586 F.3d 1142, 1151-52 (9th

---

[1] In the interest of privacy, this opinion uses only the first name and the initial of the last name of the non-governmental party or parties in this case.

Cir. 2009), and finds that this is a reasonable fee in light of the circumstances of the case. Plaintiff has been awarded attorney fees in the amount of $5,745.60 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the Section 406(b) check for payment to Plaintiff's attorney, the agency is directed to subtract the amount paid under the EAJA and send Plaintiff's attorney the balance, minus any applicable processing fees as allowed by statute.

IT IS SO ORDERED.

Dated this 2nd day of July 2021.

/s/Ann Aiken

Ann Aiken
United States District Judge